## HOWEY v. WILLTROUT.

1. ASSIGNMENT: ACTION: PROMISSORY NOTE. When an action has been commenced on a promissory note by an indorsee, the plaintiff may sell the note without indorsement to a third party, with the agreement that the suit should be prosecuted in the name of the plaintiff for the use of the purchaser.

*Appeal from Louisa District Court.*

TUESDAY, DECEMBER 6.

ACTION upon a promissory note made payable to Fisher & Co., and indorsed in writing to plaintiff. Upon the trial it was shown that before the commencement of the suit, the note was sold and indorsed to plaintiff for a valuable consideration; that after suit was brought, one of the original payees purchased the note of plaintiff; that it was delivered to him without any assignment, with the understanding that the action was to continue in plaintiff's name, for the last purchaser's use. The note was not negotiable. Upon these facts, judgment was rendered for defendant, and plaintiff appeals.

*Harrington & Hall* and *B. F. Wright* for the appellant.

*H. O'Conner* for the appellee.

WRIGHT, C. J.—Under the authority of *Farwell* v. *Tyler*, 5 Iowa 535, and *Allen* v. *Newberry*, 8 Iowa 65, the court below should in this case, have found for plaintiff. The cases are not unlike, and the judgment is therefore reversed.